UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| RENE ELADIO MOLINA-PRUNA, | : | VIOLATION: |
| | : | 18 U.S.C. §§ 1028(a)(1), (b)(1)(A)(ii) |
| Defendant. | : | (Produce Identification Document |
| | : | Without Lawful Authority); 22 D.C. Code |
| | : | §§ 3221(b), 3222(b)(2) (Fraud in Second |
| | : | Degree). |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Produce Identification Document Without Lawful Authority)

On or about December 22, 2006, in the District of Columbia, defendant **RENE ELADIO MOLINA-PRUNA** and others, produced and attempted to produce an identification document, that is a District of Columbia driver's license, in and affecting interstate commerce, knowing that such document was produced without lawful authority.

In violation of 18 U.S.C. §1028(a)(1), (b)(1)(A)(ii); 18 U.S.C. § 2.

### COUNT TWO
(Fraud in the Second Degree)

On or about December 22, 2006, within the District of Columbia, defendant **RENE ELADIO MOLINA-PRUNA** and others, engaged in a scheme and systematic course of conduct with intent to defraud and to obtain property of the District of Columbia, that is a District of Columbia driver's license, by providing a Social Security Number that was not issued to him and falsely claiming that he resided in the District of Columbia, and thereby, without completing an application, providing verification of his legal status within the United States or passing the

required vision test, defendant **RENE ELADIO MOLINA-PRUNA** obtained a facially valid driver's license from the District of Columbia that he was not entitled to.

In violation of 22, D.C. Code, Sections 3221(b) & 3222(b)(2).

                                              JEFFREY A. TAYLOR
                                              United States Attorney for
                                              the District of Columbia

By: _____
     ELLEN CHUBIN EPSTEIN
     SUSAN B. MENZER
     Assistant United States Attorneys