UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Case No.: 08-CR-00241-RJL |
| | : | |
| ALVIN J. LEGRAND | : | |
| | : | |
| Defendant | : | |

**NOTICE OF APPEARANCE OF COUNSEL**

WILL THE CLERK OF THE COURT please enter the appearance of Joel W. Anders, P.C. by Joel W. Anders, Esquire for the Defendant in the above captioned.

Respectfully submitted by,

THE LAW OFFICE OF JOEL W. ANDERS

/s/
_____
Joel W. Anders, Esquire - Bar # 954073
1800 K Street N.W., Suite 624
Washington, D.C. 20006
(202) 466-4334
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I, Joel W. Anders certify that that I mailed a copy of the foregoing Notice of Appearance of Counsel was mailed, first-class postage prepaid, to Assistant United States Attorney Opher Sweiki at 555 4th Street, N.W., Washington, D.C. 20530 on this 8th day of August 2008.

/s/
_____
Joel W. Anders, Esquire